IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KIM LAMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   23-cv-1506 JPG |
| | ) | |
| SPARROW TRUCKING, LLC and | ) | |
| GABRIEL SPARROW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the stipulation of dismissal (doc. 39).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.   Here, the parties have presented a stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: April 5, 2024

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE